■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN POWELL, Appellant. [695 NYS2d 701] —Appeals by the defendant from (1) a judgment of the Supreme Court, Queens County (Buchter, J.), rendered January 20, 1999, and (2) an

amended judgment of the same court, also rendered January 20, 1999.

Ordered that the judgment and amended judgment are affirmed (see, People v Harris, 61 NY2d 9). S. Miller, J. P., Sullivan, Friedmann and Feuerstein, JJ., concur.